Argued and submitted April 16, affirmed on appeal; reversed and remanded for reconsideration on cross-appeal June 11, 1997

Bob SMALL,
*Appellant - Cross-Respondent,*

*v.*

UMATILLA COUNTY;
Commissioners William Hansell, Emile Holeman and Glenn Youngman; William Kent, Bruce Kinsch, Karla Willman, Kevin Willman, Debra Kellogg and Children's Services Division,
*Defendants,*

*and*

Carter KERNS,
*Respondent - Cross-Appellant.*

(CV950714; CA A91109)

939 P2d 1190

Paul B. Meadowbrook argued the cause for appellant - cross-respondent. With him on the briefs was Patrick & Meadowbrook.

Robert Norman Ehmann argued the cause and filed the brief for respondent - cross-appellant.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

## PER CURIAM

This case concerns a summary judgment in favor of defendant Kerns on plaintiff's claims of trespass and interference with economic relations. We affirm on plaintiff's appeal without discussion.

Defendant Kerns cross-appeals, assigning as error the trial court's denial of sanctions, including attorney fees, pursuant to ORCP 17 C. The trial court denied defendant's motion for sanctions without making any factual findings on this issue. Both plaintiff and defendant agree that such findings are required. *Polizos v. Skoro*, 129 Or App 51, 55-56, 877 P2d 662, *rev den* 320 Or 271 (1994); *Plere Publishers, Inc. v. Capital Cities/ABC, Inc.*, 120 Or App 36, 38-39, 852 P2d 261, *rev den* 317 Or 583 (1993).

Affirmed on appeal; reversed and remanded for reconsideration of attorney fees on cross-appeal.